UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00160-FDW-DSC

| | |
|---|---|
| E. RAY RAYNOR, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>G4S SECURE SOLUTIONS (USA) INC., *et al.*, )<br>)<br>  Defendants. )<br>) | ORDER |

As stated at the hearing on December 11, 2017, the Court ORDERS the following:

1. The remaining parties must submit their jointly-prepared pretrial submissions by December 22, 2017.

2. Any motions in limine must be filed by December 26, 2017 with responses due on December 29, 2017.

3. Any motion to amend or remand should be filed by 5:00 PM on December 13, 2017, and any response should be filed by 5:00 PM on December 15, 2017.

The remaining parties should reference the Court's standing orders and the Case Management Order for this case (Doc. No. 11) to ensure compliance with pre-trial requirements.

TAKE NOTICE that this matter is set for docket call on Tuesday, January 2, 2018. The remaining parties should be prepared to commence trial after jury selection on Wednesday, January 3, 2018.

IT IS SO ORDERED.

Signed: December 11, 2017

Frank D. Whitney
Chief United States District Judge