UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00160-FDW-DSC

| | |
|---|---|
| E. RAY RAYNOR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>G4S SECURE SOLUTIONS (USA) INC., *et al.*, )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court *sua sponte* upon the filing of a Bill of Cost on December 14, 2017 and the granting of Plaintiff's Motion to Amend Complaint to Conform to the Evidence on December 18, 2017. To date, Plaintiff has not filed an Amended Complaint, and the Bill of Cost is premature, see LCvR 54.1. Therefore, the Court hereby orders Plaintiff to file his Amended Complaint no later than December 26, 2017 and strikes the Bill of Cost (Doc. No. 45).

IT IS SO ORDERED.

Signed: December 21, 2017

Frank D. Whitney
Chief United States District Judge