# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00160-FDW-DSC

| | |
|---|---|
| E. RAY RAYNOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>G4S SECURE SOLUTIONS (USA) INC., )<br>et al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Mary Julia Franki]" (document # 71) filed January 10, 2018. For the reasons set forth therein, the Motion will be granted.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: January 10, 2018

David S. Cayer
United States Magistrate Judge