# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| E. Ray Raynor, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00160-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Tifani A. Grusky | ) | |
| Chuck Brock | | |
| G4S Secure Solutions (USA) Inc. | | |
| Donald S. Zeccardi | | |
| Michael A. Nail | | |
| Malcolm C. Burchett, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at trial and a Jury Verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's January 26, 2018 Verdict.

January 26, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court