UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00160-FDW-DSC

| | | |
|---|---|---|
| E. RAY RAYNOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| G4S SECURE SOLUTIONS (USA) INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court *sua sponte* upon the filing of a Bill of Cost on February 5, 2018 by Plaintiff (Doc. No. 77). The Bill of Cost is premature. LCvR 54.1. Local Rule 54.1(a) provides:

> A prevailing party may request the Clerk of Court to tax allowable costs, other than attorney fees, in a civil action as a part of a judgment or decree by electronically filing a bill of costs on a form available from the Clerk of Court, within thirty (30) days after:
> (1) The expiration of time allowed for appeal of a final judgment or decree; or
> (2) Receipt by the Clerk of Court of the mandate or other order terminating the action on appeal.

THEREFORE, the Court hereby STRIKES the Bill of Cost (Doc. No. 77) without prejudice to Plaintiff's right to file a Bill of Cost in compliance with LCvR 54.1.

IT IS SO ORDERED.

Signed: February 7, 2018

Frank D. Whitney
Chief United States District Judge