UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00160-FDW-DSC

| | |
|---|---|
| E. RAY RAYNOR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>G4S SECURE SOLUTIONS (USA) INC., )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court *sua sponte* upon the filing of Defendant's Bill of Cost on June 13, 2018. The Bill of Cost is premature. See LCvR 54.1. Therefore, the Court strikes the Bill of Cost (Doc. No. 99).

IT IS SO ORDERED.

Signed: June 14, 2018

Frank D. Whitney
Chief United States District Judge