# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

E. RAY RAYNOR )
)
v. )    Case No.: 17-CV-00160
)
G4S SECURE SOLUTIONS (USA), INC., ET AL )

## BILL OF COSTS  *Oral Order*

Judgment having been entered in the above entitled action on ___12/11/2017___ against ___Plaintiff E. Ray Raynor___ ,
                                                                                Date

the Clerk is requested to tax the following as costs:

|  |  |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (See Exhibit A | $ 567.25 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . Exhibit B . . . . . . | 11,996.59 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . Exhibit C . . . . . . . . . . . . | 57,424.45 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL   $ | 69,988.29 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✔] Electronic service          [ ] First class mail, postage prepaid

[ ] Other:  _____

s/ Attorney:  ___/s/ Kelly Eisenlohr-Moul___

Name of Attorney:  Kelly Eisenlohr-Moul, Esq., Lewis Brisbois Bisgaard & Smith LLP

For: ___Defendant, G4S Secure Solutions (USA) INC.___          Date: _____
        *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
    *Clerk of Court*                        *Deputy Clerk*                    *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# Bill of Costs Index

| | | | |
|---|---|---|---|
| **Exhibit A** | Fees to the Clerk of Court | | |
| | Allways Express | 167.25 | |
| | Removal fee to federal court | 400.00 | |
| | **TOTAL** | | **567.25** |
| | | | |
| **Exhibit B** | Fees for Deposition transcripts | | |
| | Deposition of Malcolm Burchett--Westmoreland Reporting, Inc. | 1,175.75 | |
| | Deposition of Tifani Grusky – Westmoreland Reporting, Inc. | 1,584.12 | |
| | Deposition of Michael Nail – Westmoreland Reporting, Inc. | 778.80 | |
| | Electronic of Michael Nail – Westmoreland Reporting, Inc. | 153.10 | |
| | Electronic of Lesa Bodine – Westmoreland Reporting, Inc. | 535.20 | |
| | Deposition of E. Ray Raynor – Veritext Legal Solutions | 3,054.56 | |
| | Electronic of E. Ray Raynor – Veritext Legal Solutions | 2,252.07 | |
| | Deposition of Gary Albrecht, PhD -  Esquire | 644.50 | |
| | Electronic of Gary Albrecht, PhD – Esquire | 330.00 | |
| | Deposition of Charles Brock-- Huseby, Inc. | 655.24 | |
| | Deposition of Don Zeccardi – Huseby, Inc. | 833.26 | |
| | Total Deposition Transcripts | | **11,996.59** |
| | **TOTAL** | | |
| | | | |
| **Exhibit C** | Compensation for Court-appointed Experts | | |
| | | | |
| | Arbitration/Mediation Fees: | 1,395.00 | |
| | Constangy, Brooks, Smith & Prophete, LLP | | |
| | | | |
| | Expert Consulting Service: | | |
| | | 2,762.50 | |
| | Boyd Forensic Psychology Services, LLC | 5,500.00 | |
| | Boyd Forensic Pyschology Services, | | |
| | | | |
| | Expert Consulting Service: | | |
| | Albrecht Economics, Inc. – Invoice No.:  10852 | 2,428.00 | |
| | | | |
| | Expert Consulting | 45,339.00 | |
| | Grant Thornton LLP | | |
| | | | |
| | **TOTAL** | | **57,424.45** |
| | | | |
| | **GRAND TOTAL** | | **$69,988.29** |

# EXHIBIT A

# Lewis Brisbois Bisgaard & Smith LLP

**Cost Advance Ticket**
**Check Request**

# ATL-107141

1. Check —— Date Needed:
2. Type of Expense:

**\*\*Finance Committee approval required**

| IB | | | | | CR |
|---|---|---|---|---|---|
| ☐ | Filing Fee | S | ☐ | Court Reporter Fee | |
| ☐ | Witness Fee | 7 | ☐ | Mediation / Arbitration Fee** | AM |
| ☐ | Prof. Consulting / Service Fee | S | ☐ | COD Transcription (invoice needed)** | G |
| ☐ | Expert Witness Fee** | J | ☐ | Reproduction / Copies | R |
| ☐ | Jury Fees | JF | | | |
| ☐ | Deposition | H | | Reproduction / Medical Records | RR |

Any client-related requests over $500.00 require Lane Ashley's approval. All educational expenses/seminars require Karl Loureiro's approval.

| | | |
|---|---|---|
| 3. | Client and File Name: | G4S Secure Solutions (USA) Inc./Raynor |
| 4. | Client and Matter No.: | 37389.111 |
| 5. | Amount: | $167.25 |
| 6. | Payee / Vendor: | Allways Express |
| 7. | Mailing Address: | P.O. Box 309 |
| | | Gastonia, North Carolina 28053 |
| | | 704-864-2437 |
| 8. | Payee's Telephone No.: | 704-864-2437 |
| 9. | Payee's Tax I.D. No.: | 56-1825428 |
| 10. | Explanation for billing purposes: | Out-of-state copying, research and filing fees |

| | | |
|---|---|---|
| Attorney: | Terry Finnerty | Ext: 2176 |
| Secretary: | Terry Hinds | Ext: 2168 |

Auth. by: _____ Date  4/5/17

Signature

Return to: Terry Hinds
Floor: 2168

**Remember to have Attorney Sign and Attach all Supporting Backup**

---

37389-111
G4S Secure Solutions (USA) Inc - AFA
Raynor, E. Ray
Date:          4/07/17
WIP Seq#:  537,287,390
Check#:       13777
Amount:       167.25

Vendor:       97320    Allways Express
Voucher:    2114208   Distribution
Doc ID:     0001RKI6   Page       1                    5008874    Voucher Level

ALLWAYS EXPRESS
PO BOX 309
Gastonia, North Carolina 28053

Phone: (704) 864-2437
FAX No.: (704) 864-9593

Please Remit To:

ALLWAYS EXPRESS
P.O. BOX 309
GASTONIA, NC 28053

Fed ID # 56-1825498

Bill To:
Lewis Brisbois
1180 Peachtree Street NE Suite 2900
Atlanta, GA 30309

Invoice #:  170086697

| At Your Service: | Your Account Number: | Our Terms | | Date: | Page #: |
|---|---|---|---|---|---|
| J.A. Moser | 17C95645 | C.O.D. | | 3/23/2017 | 1 |
| SERVICE: | | PRICE: | | AMOUNT: | |
| 1 Research Service | Research Service Fees Gaston County Superior Court 325 Dr. MKL Jr., Way Gastonia, NC 28052  3-23-2017  2:39 p.m. | $70.00 | | $70.00 | |
| 1 Copy Service Fees | Copy Services per clerk of court for complete file 17 CV9645 E. Ray Raynor v G4S Secure Solutions, (USA) Inc. et al | $20.50 | | $20.50 | |
| 1 Filing Fees | Filing Fees by Allways Express Notice of Filing of Notice or Removal 17 CV6645  3-24-2017 | $70.00 | | $70.00 | |
| 27 Copy Service Fees | Printing of Notice of Filing of Notice of Removal for filing at Gaston County Court 325 Dr. MKL Jr., Way Gastonia, NC 28052  3-24-2017 Three copies, One original and two copies | $0.25 | | $6.75 | |

Sub Total :

Pre - Payment:

BALANCE DUE:

PLEASE PAY FROM THIS INVOICE.
NO STATEMENTS ARE MAILED.
Late Payment Fee: $5.00 per 10 days will be charged on past due amounts. Duplicate/Additional/replacement copy of AllExpress  $25.00 each prepaid

THANK YOU for letting ALLWAYS EXPRESS be of service!

---

37389-111
G4S Secure Solutions (USA) Inc - AFA
Raynor, E. Ray
Date:        4/07/17
WIP Seq#:   537,287,390
Check#:      13777
Amount:      167.25

Vendor:     97320  Allways Express
Voucher:    2114208  Distribution
Doc ID:     0001RKI6  Page    2          5008874   Voucher Level

ALLWAYS EXPRESS
PO BOX 309
Gastonia, North Carolina 28053

Phone: (704) 864-2437
FAX No.: (704) 864-9593

Bill To:
Lewis Brisbois
1180 Peachtree Street NE Suite 2900
Atlanta, GA 30309

Please Remit To:
ALLWAYS EXPRESS
P.O. BOX 309
GASTONIA, NC 28053

Fed ID # 56-1825426

Invoice #: 17086097

| | | | Date | Page # |
|---|---|---|---|---|
| | | | 3/23/2017 | 2 |

| At Your Service: | Your Account Number: | Our Terms: | | AMOUNT: |
|---|---|---|---|---|
| J.A. Moser | 17C05645 | C.O.D. | | PRICE: |

SERVICE:
Additional

Filing of Notice of Filing of
Notice of Removal 3-24-2017
12:25 p.m. Gaston County
Clerk of Superior Court
PAY by March 31, 2017
...you may take a discount of
$70.00

Discount

GASTON COUNTY CLERK OF COURT

LOG ID#.       03/22/17  13:39:26

PAYER: PAYROLL 4_LANE
PAYEE: PD BY ALLWAYS EXPRESS
GASON (STOKES/DAYS POW)
CITY#:

DATES COPY FEES                    20.50

               TOTAL PAID    20.50
PD DOPUNGE               20.50
CHANGE                    .00

9742  IN OFFICE

Sub Total :        $167.25
Pre - Payment :
BALANCE DUE :     $0.00
                 $167.25

PLEASE PAY FROM THIS INVOICE.
NO STATEMENTS ARE MAILED.
Late Payment Fee: $5.00 per 15 days will be charged on past due amounts.
Duplicate/additional/replacement copy of A Billable: $25.00 each prepaid.

THANK YOU for letting ALLWAYS EXPRESS be of service!

37389-111
G4S Secure Solutions (USA) Inc - AFA
Raynor, E. Ray
Date:        4/07/17
WIP Seq#:    537,287,390
Check#:      13777
Amount:      167.25

Vendor:      97320    Allways Express
Voucher:     2114208  Distribution          5008874    Voucher Level
Doc ID:      0001RKI6  Page    3

101

**Hinds, Terry**

From: PAYgovadmin@mail.doc.twai.gov
Sent: Friday, March 24, 2017 2:30 PM
To: Masterson, Lauryn; Hinds, Terry
Subject: Pay.gov Payment Confirmation NCWD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Beth Mitchell at (704) 350-7419.

Application Name: NCWD CM ECF
Pay.gov Tracking ID: 26147244
Agency Tracking ID: 0419-3277257
Transaction Type: Sale
Transaction Date: Mar 24, 2017 2:29:38 PM

Account Holder Name: Lauryn Masterson
Transaction Amount: $400.00
Card Type: MasterCard
Card Number: ************8814

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

37389 111
Gwyl Raynor

T. Hinds

**37389-111**
**G4S Secure Solutions (USA) Inc - AFA**
**Raynor, E. Ray**
Date:         4/14/17
WIP Seq#:     538,389,190

Amount:       400.00

Vendor:     94005   Comerica Commercial Card Services
Voucher:    2120696  Distribution        5028834   Distribution Level
Doc ID:     0001S9IN   Page      1

# EXHIBIT B

**WESTMORELAND REPORTING, INC.**
855-812-4452
www.thewestmorelandreporting.com

# INVOICE

| | |
|---|---|
| Invoice No. | 16777** |
| Invoice Date | 9/6/2017 |
| Job No. | 29647 |
| Job Date | 9/26/2017 |
| Case No. | 3:17-CV-00198 |

Case Name: Raynor vs. G4S Secure Solutions (USA), Inc., et al

Payment Terms: Due upon receipt

G4S, E. Esposito-Noul
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, NE
Suite 2900
Atlanta GA 30309

| | |
|---|---|
| TOTAL DUE >>> | 1,175.75 |
| | $1,175.75 |
| | $1,293.33 |

AFTER 10/27/2017 PAY

One copy of transcript (e-tiny scannable of original)
Raycon Carter Raymer, Jr.

We appreciate your business. Thanks for allowing us to provide your litigation support services.

Tax ID: 56-1430257

Please detach bottom portion and return with payment.

G4S, E. Esposito-Noul
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, NE
Suite 2900
Atlanta GA 30309

| | |
|---|---|
| Job No. | 29647 |
| Case No. | 3:17-CV-00198 |
| Case Name | Raynor vs. G4S Secure Solutions (USA), Inc., et al |
| Invoice No. | 16777** |
| Invoice Date | 9/7/2017 |
| Total Due | $1,175.75 |

Phone: 404-348-8295   Fax:

AFTER 10/27/2017 PAY $1,293.33

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: Westmoreland Reporting, INC.
6241 Cobblestone Drive
Homewoville NC 28078

---

37389-111
**G4S Secure Solutions (USA) Inc - AFA**
Raynor, E. Ray

| | |
|---|---|
| Date: | 9/08/17 |
| WIP Seq# | 555,357,390 |
| Check#: | 14733 |
| Amount: | 1,175.75 |

WESTMORELAND REPORTING, INC.
404-317-1313
www.westmorelandreporting.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16824 | 9/19/2017 | 25646 |

| Job Date | Case No. |
|---|---|
| 9/13/2017 | 3:17-CV-00160 |

| Case Name |
|---|
| Raynor vs. G4S Secure Solutions (USA) Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt |

Kelly E. Eisenloh-Wool
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, NE
Suite 2900
Atlanta GA 30309

One copy of transcript (3-day expedite of original)/electronic copy only)

Tisha Ann Grady

Expediting of Original

We appreciate your business. Thanks for allowing us to provide your litigation support services.

|  |  |  |
|---|---|---|
|  |  | 1,584.12 |
|  | TOTAL DUE >>> | $3,584.12 |
|  | AFTER 10/18/2017 PAY | $1,742.53 |

Tax ID: 56-1926567                   Phone: 404-348.8905    Fax:

Please detach bottom portion and return with payment.

Kelly E. Eisenloh-Wool
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, NE
Suite 2900
Atlanta GA 30309

| Invoice No. | : | 16824 |
|---|---|---|
| Invoice Date | : | 9/19/2017 |
| Total Due | : | $3,584.12 |
| AFTER 10/18/2017 PAY $1,742.53 | | |

Remit To: Westmoreland Reporting, Inc.
8101 Continental Drive
Huntersville, NC 28078

| Job No. | : | 25646 |
|---|---|---|
| BU ID | : | 1-MAIN |
| Case No. | : | 3:17-CV-00160 |
| Case Name | : | Raynor vs. G4S Secure Solutions (USA), Inc., et al. |

---

**37389-111**
**G4S Secure Solutions (USA) Inc - AFA**
**Raynor, E. Ray**
Date:            9/20/17
WIP Seq#:     556,016,530
Check#:         14788
Amount:        1,584.12

| Vendor: | 99731 | Westmoreland Reporting, Inc. |
|---|---|---|
| Voucher: | 2177695 | Distribution          5184684    Distribution Level |
| Doc ID: | 0001V6BS | Page        2 |

RECEIVED

# INVOICE

WESTMORELAND REPORTING, INC.
800-247-1443
www.Westmorelandreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16672 | 10/10/2017 | 25699 |
| Job State | | Case No. |
| 9/22/2017 | | 3:17-CV-00160 |
| | Case Name | |
| Raynor vs. G4S Secure Solutions (USA), Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Kelly E. Bluedain-Houi
Lewis Brisbois, Bisgaard & Smith, LLP
1180 Peachtree Street, NE
Suite 2900
Atlanta GA 30309

Michael Lynn Hall

One copy of transcript (electronic only)
Expediting of Original

TOTAL DUE >>>   $778.80
AFTER 11/09/2017 PAY   $956.68

We appreciate your business. Thanks for allowing us to provide your litigation support services.

Tax ID: 56-1617957

Please detach bottom portion and return with payment.

Kelly E. Bluedain-Houi
Lewis Brisbois, Bisgaard & Smith, LLP
1180 Peachtree Street, NE
Suite 2900
Atlanta GA 30309

| | |
|---|---|
| Invoice No. | 16672 |
| Invoice Date | 10/10/2017 |
| Total Due | $778.80 |
| AFTER 11/09/2017 PAY | $956.68 |

| | |
|---|---|
| Job No. | 25699 |
| BU ID | 1-MAIN |
| Case No. | 3:17-CV-00160 |
| Case Name | Raynor vs. G4S Secure Solutions (USA), Inc., et al. |

Remit To:   Westmoreland Reporting, Inc.
8301 Cobblewood Drive
Huntersville NC 28078

Phone: 404.348.8385   Fax:

---

**37389-111**
**G4S Secure Solutions (USA) Inc - AFA**
**Raynor, E. Ray**
Date:          10/10/17
WIP Seq#:    566,278,880

Amount:        778.80

Vendor:      99731  Westmoreland Reporting, Inc.
Voucher:    2204503  Distribution          5261332   Distribution Level
Doc ID:    0001WT3F  Page      1

# I N V O I C E

WESTMORELAND REPORTING, INC.
906-477-4149
www.thegrandjurycom...

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16918 | 11/1/2017 | 25729 |
| Job Date | | Case No. |
| 10/20/2017 | 3:17-CV-00160 | |

Case Name

Raynor vs. G4S Secure Solutions (USA ) Inc., et al.

Payment Terms

Due upon receipt

Kelly E. Brandwin-Price
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, NE
Suite 2900
Atlanta GA  30309

One copy of transcript (electronic only)
G4S Secure Solutions (USA), Inc. by and through Michael L. Neil

We appreciate your business. Thanks for allowing us to provide you litigation support services.

|  |  |  |
|---|---|---|
| | | 153.10 |
| TOTAL DUE >>> | | $153.10 |
| AFTER 12/1/2017 PAY | | $168.41 |

Tax ID: 56-...5647

Phone: 404.341.8561  Fax:

*Please detach bottom portion and return with payment.*

Kelly E. Brandwin-Price
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, NE
Suite 2900
Atlanta GA  30309

Remit To:  Westmoreland Reporting, Inc.
8261 Castellana Drive
Huntersville, NC  28078

| | |
|---|---|
| Job No. | : 25729 |
| BU ID | : 1-MAIN |
| Case No. | : 3:17-CV-00160 |
| Case Name | : Raynor vs. G4S Secure Solutions (USA), Inc., et al. |
| Invoice No. | : 16918 |
| Invoice Date | : 11/1/2017 |
| Total Due | : $153.10 |
| AFTER 12/1/2017 PAY | $168.41 |

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
E-mail

---

37389-111
**G4S Secure Solutions (USA) Inc - AFA**
Raynor, E. Ray
Date:              11/01/17
WIP Seq#:        566,278,890

Amount:          153.10

Vendor:       99731  Westmoreland Reporting, Inc.
Voucher:    2204505  Distribution              5261334    Distribution Level
Doc ID:     0001WT3U  Page          1

# INVOICE

**WESTMORELAND REPORTING, INC.**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10914 | 11/1/2017 | 23727 |

| Job Date | Case No. |
|---|---|
| 12/19/2017 | 3:17-CV-00100 |

| Case Name |
|---|
| Raynor vs. G4S Secure Solutions (USA), Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt |

Kelly E. (Reynolds) Haul
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, NE
Suite 2900
Atlanta GA 30309

One copy of transcript (electronic only)
Less Retainer Balance

We appreciate your business. Thanks for allowing us to provide your litigation support services.

TOTAL DUE >>> 535.20
AFTER 12/1/2017 PM 588.72

Tax ID: 56-1629682

Please detach bottom portion and return with payment.

Kelly E. (Reynolds) Haul
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, NE
Suite 2900
Atlanta GA 30309

Remit To: Westmoreland Reporting, Inc.
8261 Cantershire Drive
Harrisonville NC 28079

Phone: 404-334-8555   Fax:

Job No.  : 23727
Case No.  : 3:17-CV-00100
Case Name : Raynor vs. G4S Secure Solutions (USA), Inc., et al.

Invoice No. : 10914       Invoice Date : 11/1/2017
Total Due : $535.20

AFTER 12/1/2017 PAY $588.72

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
E-mail:

---

**37389-111**
**G4S Secure Solutions (USA) Inc - AFA**
**Raynor, E. Ray**
Date:              11/07/17
WIP Seq#:       562,854,400
Check#:            15089
Amount:           535.20

Vendor:      99731   Westmoreland Reporting, Inc.
Voucher:     2195827   Distribution      5239058   Distribution Level
Doc ID:      0001WBIS   Page      2



**VERITEXT**
LEGAL SOLUTIONS

**Veritext Corp**
**Southeast Region**
1075 Peachtree St. NE, Suite 3625
Atlanta, GA 30309
Tel. 770-343-9696 Fax 770-343-8430
Fed. Tax ID: 20-3132569

| | |
|---|---|
| Invoice #: | ATL3095986 |
| Invoice Date: | 9/21/2017 |
| Balance Due: | $3,054.55 |

Bill To: Accounts Payable
Lewis Brisbois Bisgaard & Smith LLP
1180 Peachtree Street Suite 2900
Atlanta, GA 30309

| | | | |
|---|---|---|---|
| Case: | Raynor v. G4S Secure Solutions | Case No: | 3:17-CV-00160 |
| Job #: | 2694901 | Job Date: 9/11/2017 | Delivery: Expedited | Client Matter #: | 37389.111 |
| Billing Atty: | Kely Eisenloh-Moul | | |
| Location: | Gray Layton Kersh Solomon Furr & Smith | | |
| | 516 South New Hope Road | Gastonia, NC 28090 | | |
| Sched Atty: | Kely Eisenloh-Moul | Lewis Brisbois Bisgaard & Smith LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 337.00 | $4.75 | $1,600.75 |
| | Transcript - Expedited Fee | Page | 337.00 | $2.85 | $960.45 |
| | Attendance Fee | 1 | 1.00 | $225.00 | $225.00 |
| | Exhibits | Per Page | 333.00 | $0.45 | $149.85 |
| E. Ray Raynor | Rough Draft | Page | 266.00 | $0.00 | $0.00 |
| | Litigation Package | 1 | 1.00 | $46.00 | $46.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $12.50 | $12.50 |
| | FedEx of Exhibits from Reporter to Office | 1 | 1.00 | $35.00 | $35.00 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $25.00 | $25.00 |

Notes: Including Complimentary Rough Draft.
Includes Expedited Delivery.

| | |
|---|---|
| Invoice Total: | $3,054.55 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| **Balance Due:** | **$3,054.55** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

To pay online, go to
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | ATL3095986 |
| Job #: | 2694901 |
| Invoice Date: | 9/21/2017 |
| Balance: | $3,054.55 |

---

**37389-111**
**G4S Secure Solutions (USA) Inc - AFA**
**Raynor, E. Ray**

| | |
|---|---|
| Date: | 9/27/17 |
| WIP Seq#: | 556,527,150 |
| Check#: | 198479 |
| Amount: | 3,054.55 |

| | | | |
|---|---|---|---|
| Vendor: | 52147 | Veritext | |
| Voucher: | 2180164 | Distribution | 5191900 | Distribution Level |
| Doc ID: | 0001VCN6 | Page | 2 |



**Veritext Corp**
**Southeast Region**

1075 Peachtree St. NE, Suite 3625
Atlanta, GA 30309
Tel. 770-343-9696 Fax. 770-343-9430
Fed. Tax ID: 20-3132569

| | |
|---|---|
| Invoice #: | ATL3066370 |
| Invoice Date: | 9/21/2017 |
| Balance Due: | $2,252.07 |

**Bill To:** Accounts Payable
Lewis Brisbois Bisgaard & Smith LLP
1180 Peachtree Street Suite 2900
Atlanta, GA 30309

| | | | |
|---|---|---|---|
| Case: | Raynor v. G4S Secure Solutions | Case No: | 3:17-CV-00160 |
| Job #: | 2564960 | Job Date: 9/11/2017 | Client Matter #: | 37389-111 |
| Billing Atty: | Kelly Eisenhardt-Mical | | |
| Location: | Gray Layton Kersh Solomon Furr & Smith | | |
| | 516 South New Hope Road | Gastonia, NC 28053 | |
| Sched Atty: | Kelly / Electronic Mail | Lewis Brisbois Bisgaard & Smith LLP | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Video - Initial Fee | 1 | 1.00 | $400.00 | $400.00 |
| | Video - Additional Hours | Hour | 9.00 | $125.00 | $1,125.00 |
| | Video - Media and Cloud Services | Per disk | 10.00 | $22.00 | $220.00 |
| E. Ray Raynor | Video - Transcript Synchronization | Per hour | 10.00 | $65.00 | $650.00 |
| | FedEx of Video from Videographer to Office | 1 | 1.00 | $25.00 | $25.00 |
| | Shipping & Handling - Video Media | Package | 1 | 1.00 | $29.50 | $29.50 |

| | |
|---|---|
| Invoice Total: | $2,548.50 |
| Courtesy Discount: | ($296.43) |
| Net Total: | $2,252.07 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,252.07 |

**Notes:** Includes Courtesy Discount.

Courtesy Discount Applied.

TERMS: Payable upon receipt. Accounts 30 days past due bear a finance charge of 1.5% per month. Accounts unpaid after 90 days are subject to collections items, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information about payment/service/location information, please contact http://www.veritext.com/commercial-services/service-location-information

**To pay online, go to**
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | ATL3066370 |
| Job #: | 2564960 |
| Invoice Date: | 9/21/2017 |
| Balance: | $2,252.07 |

**37389-111**
**G4S Secure Solutions (USA) Inc - AFA**
**Raynor, E. Ray**

| | |
|---|---|
| Date: | 9/27/17 |
| WIP Seq#: | 556,519,470 |
| Check#: | 14831 |
| Amount: | 2,252.07 |

| | | | | |
|---|---|---|---|---|
| Vendor: | 52147 | Veritext | | |
| Voucher: | 2180019 | Distribution | 5191086 | Distribution Level |
| Doc ID: | 0001VC80 | Page | 2 | |

ESQUIRE
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463720

**Invoice INV1097487**

Date 10/13/2017
Terms Net 30
Due Date 11/12/2017

Client Number C09569
Esquire Office Atlanta
Firm Matter/Ref # 37389-111

Client VALID
Date of Loss

**Bill To:**
Lewis Brisbois Bisgaard & Smith - Atlanta
1180 Peachtree Street Northeast
Suite 2900
Atlanta GA 30309

**Services Provided For**
Lewis Brisbois Bisgaard & Smith - Atlanta
Elizabeth Moul, Kelly
1180 Peachtree Street Northeast
Suite 2900
Atlanta GA 30309

Case E. RAY RAYNOR VS. G4S SECURE SOLUTIONS (USA) INC. ...

| Job Date | Job ID | Job Location | | | |
|---|---|---|---|---|---|
| 10/2/2017 | J0663336 | Charlotte, NORTH CAROLINA | | | |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - O&1-V/O/WI | GARY ALBRECHT, PHD | 84 | 4.75 | 399.00 |
| APP FEE HALF DAY | GARY ALBRECHT, PHD | 1 | 90.00 | 90.00 |
| CONDENSED TRANSCRIPT | GARY ALBRECHT, PHD | 1 | 25.00 | 25.00 |
| EXHIBITS W/TABS | GARY ALBRECHT, PHD | 336 | 0.25 | 83.50 |
| DIGITAL TRANSCRIPT PDF-PTX | GARY ALBRECHT, PHD | 1 | 25.00 | 25.00 |
| HANDLING FEE | GARY ALBRECHT, PHD | 1 | 25.00 | 25.00 |
| SHIPPING CHARGES | GARY ALBRECHT, PHD | 2 | 20.00 | 20.00 |
| EXHIBITS COLOR | GARY ALBRECHT, PHD | 2 | 1.00 | 2.00 |

RECEIVED
OCT 17 2017
Accounts Payable - LA

Subtotal 644.50
Shipping Cost (FedEx) 0.00
Total 644.50
Amount Due $644.50

Representing Client: Lewis Brisbois Bisgaard & Smith - Los Angeles / Lewis Brisbois Bisgaard & Smith - AL · Lewis Brisbois Bisgaard & Smith - ...

Attaining a responsible for the payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee... [illegible fine print]

www.esquireconnect.com

Please detach and return this bottom portion with your payment or pay online at

Remit to:
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099

Client Name Lewis Brisbois Bisgaard & Smith
Client # C09569
Invoice # INV1097487
Invoice Date 10/13/2017
Due Date 11/12/2017
Amount Due $ 644.50

---

**37389-111**
G4S Secure Solutions (USA) Inc - AFA
Raynor, E. Ray
Date: 10/13/17
WIP Seq#: 563,479,320

Amount: 644.50

Vendor: 69924 Esquire Solutions, LLC
Voucher: 2200788 Distribution 5251535 Distribution Level
Doc ID: 0001WHDI Page 1


**ESQUIRE**
DEPOSITION SOLUTIONS

*Invoice* **INV1093678**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| Date | 10/17/2017 | Client Number | C05689 |
| Terms | Net 30 | Esquire Office | Atlanta |
| Due Date | 11/16/2017 | Proceeding Type | Deposition |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | 37389.111 |
| | | Client VAL ID | |
| | | Date of Loss | |

**Bill To**

Lewis Brisbois Bisgaard & Smith - Atlanta
1180 Peachtree Street Northeast
Suite 2900
Atlanta GA 30309

**Services Provided For**

Lewis Brisbois Bisgaard & Smith - Atlanta
Eisenlohr-Moul, Kelly
1180 Peachtree Street Northeast
Suite 2900
Atlanta GA 30309

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/2/2017 | J0663336 | Charlotte, NORTH CAROLINA | E. RAY RAYNOR VS. G4S SECURE SOLUTIONS (USA) INC.; ... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| SAN-SUM-TD-SYNCHRONIZED VIDEO | GARY ALBRECHT, PhD. | 1 | 50.00 | 50.00 |
| VIDEOGRAPHER MINIMUM | GARY ALBRECHT, PhD. | 1 | 250.00 | 250.00 |
| HANDLING FEE | GARY ALBRECHT, PhD. | 1 | 0.00 | 0.00 |
| SHIPPING CHARGES | GARY ALBRECHT, PhD. | 1 | 20.00 | 20.00 |

RECEIVED

NOV 02 2017

Accounts Payable-LA

*Representing Client: Lewis Brisbois Bisgaard & Smith - Los Angeles : Lewis Brisbois Bisgaard & Smith - Atl...*

| | |
|---|---|
| Subtotal | 320.00 |
| **Shipping Cost (Courier)** | 10.00 |
| Total | 330.00 |
| **Amount Due** | **$330.00** |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Lewis Brisbois Bisgaard & Smith |
| Client # | C05689 |
| Invoice # | INV1093678 |
| Invoice Date | 10/17/2017 |
| Due Date | 11/16/2017 |
| Amount Due | $ 330.00 |

| | | | | | |
|---|---|---|---|---|---|
| Vendor: | 69924 Esquire Deposition Solutions, LLC | | Doc ID: | 0001WIOJ | |
| Queue#: | 683873 | | Due: | 2/04/18 | Amount: 330.00 |

# INVOICE

**Huseby.com**

Corporate Headquarters
1230 Peachtree Street NE, Suite 400
City Center, GA 30308
Overseas Call (404) 355-5411

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 560464 | 10/20/2017 | 177849 |

| Job Date | | Case No. |
|---|---|---|
| 10/5/2017 | 3:17-cv-00160 | |

| Case Name |
|---|
| E. Ray Raynor vs. G4S Secure Solutions (USA), Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Kelly Eisenlohr-Moul, Esc.
Lewis Brisbois Bisgaard & Smith LLP
1180 Peachtree Street NE
Suite 2900
Atlanta, GA 30309-3521

| 1 COPY OF TRANSCRIPT OF: | 655.24 |
|---|---|
| Charles Brock | |
| **TOTAL DUE >>>** | **$655.24** |

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and mail the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6130, Hermitage, PA 16148.

Thank you for choosing Huseby!

Effective June 1, 2016 A finance charge of 1.5% per month will be applied to past due balance.

Please forward a remittance copy with your payment

**Tax ID:** 31-1761752

Phone: 404.348.8585    Fax: 404.467.8845

Kelly Eisenlohr-Moul, Esq.
Lewis Brisbois Bisgaard & Smith LLP
1180 Peachtree Street NE
Suite 2900
Atlanta, GA 30309-3521

| Job No. | : 177849 | BU ID | : 1-HMAN |
|---|---|---|---|
| Case No. | : 3:17-cv-00160 | | |
| Case Name | : E. Ray Raynor vs. G4S Secure Solutions (USA), Inc., et al. | | |
| Invoice No. | : 560464 | Invoice Date | : 10/20/2017 |
| **Total Due** | **: $ 655.24** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone #: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____
Email: _____

Remit To: Huseby, Inc.
P.O. Box 6180
Hermitage, PA 16148-0922

---

**37389-111**
**G4S Secure Solutions (USA) Inc - AFA**
**Raynor, E. Ray**
Date:       10/30/17
WIP Seq#:   560,539,820
Check#:     15050
Amount:     655.24

Vendor:    62760  Huseby, Inc.
Voucher:   2191800  Distribution
Doc ID:    0001W3TZ  Page    2

5227690    Distribution Level

# INVOICE

**Huseby.com**

Corporate Headquarters
1230 Peachtree Street NE
Charlotte, NC 28202
Questions? Call 800-333-0962

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 507706 | 10/24/2017 | 179824 |

| Job Date | | Case No. |
|---|---|---|
| 10/4/2017 | 3:17-cv-00160 | |

| | Case Name |
|---|---|
| | E. Ray Raynor vs. G4S Secure Solutions (USA) Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Kelly Eisenlohr-Moul, Esq.
Lewis Brisbois Bisgaard & Smith LLP
1180 Peachtree Street NE
Suite 2500
Atlanta, GA 30309-3521

1 COPY OF TRANSCRIPT OF:
Don S. Zwozdi

**TOTAL DUE >>>**    $833.26

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT FAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Effective June 1, 2016 A finance charge of 1.5% per month will be applied to past due balanc

Tax ID: 31-1763752                     Phone: 404.348.8585    Fax 404.467.8845

Please detach bottom portion and return with payment.

Job No.    : 179824                          AR I.D.    : 1-MAIN
Case No.   : 3:17-cv-00160
Case Name  : E. Ray Raynor vs. G4S Secure Solutions (USA),
             Inc., et al.
Invoice No. : 507706                         Invoice Date : 10/24/2017
**Total Due :** $ 833.26

Kelly Eisenlohr-Moul, Esq.
Lewis Brisbois Bisgaard & Smith LLP
1180 Peachtree Street NE
Suite 2500
Atlanta, GA 30309-3521

Remit To: Huseby, Inc.
P.O. Box 6180
Hermitage, PA 16148-0722

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

---

**37389-111**
**G4S Secure Solutions (USA) Inc - AFA**
**Raynor, E. Ray**

Date:          11/07/17
WIP Seq#:      562,854,340
Check#:        15084
Amount:        833.26

Vendor:    62760   Huseby, Inc.
Voucher:   2195828  Distribution
Doc ID:    0001WBIX  Page    2            5239059   Distribution Level

EXHIBIT C

**Lewis Brisbois Bisgaard & Smith LLP**

**Cost Advance Ticket**
**Check Request**

# ATL-108234

1. Check — Date Needed:
2. Type of Expense:

**Finance Committee approval required**

| | | | | CR |
|---|---|---|---|---|
| ☐ Filing Fee | 5 | ☐ Court Reporter Fee | | AM |
| ☐ Witness Fee | 7 | ☒ Mediation / Arbitration Fee** | | G |
| ☐ Prof. Consulting / Service Fee | S | ☐ COD Transcription (Invoice Needed)** | | R |
| ☐ Expert Witness Fee** | J | ☐ Reproduction / Copies | | RR |
| ☐ Jury Fees | JF | ☐ Reproduction / Medical Records | | |
| ☐ Deposition | H | | | |

Any client-related requests over $500.00 require Lane Ashley's approval. All educational expenses/seminars require Karl Loureiro's approval.

3. Client and File Name: G4S Secure Solutions (USA) Inc./E. Ray Raynor
4. Client and Matter No.: 37388.111
5. Amount: $1,448.03
6. Payee / Vendor: Kenneth P. Carlson, Jr.
7. Mailing Address: Constangy, Brooks, Smith & Prophete LLP
   100 N. Cherry St. Suite 300
   Winston-Salem, NC 27101
8. Payee's Telephone No.: 336-721-6843
9. Payee's Tax I.D. No.: 56-0616335
10. Explanation for billing purposes: Mediation Invoice for services rendered

Attorney: Terry Finnerty  Ext. 1269
Secretary: Terry Hinds  Ext. 2168

Auth. by: _____ Signature _____ Date 11/1/17

Mediation: $1,395.00
Mileage: $42.83
Parking: $10.50
$1,448.03

LBBS ½ share of $2,896.06

Return to: Terry Hinds 2168
Floor:

**Remember to have Attorney Sign and Attach all Supporting Backup**

---

37389-111
G4S Secure Solutions (USA) Inc - AFA
Raynor, E. Ray

Date: 11/06/17
WIP Seq#: 562,776,970
Check#: 15076
Amount: 1,395.00

Vendor: 96720 Constangy Brooks, Smith & Prophete, LLP
Voucher: 2195349 Distribution 5237508 Distribution Level
Doc ID: 0001W3QR Page 1

37389-111
G4S Secure Solutions (USA) Inc - AFA
Raynor, E. Ray

Date:        11/06/17
WiP Seq#:    562,776,970
Check#:      15076
Amount:      1,395.00

Vendor:    96720   Constangy Brooks, Smith & Prophete, LLP
Voucher:   2195349   Distribution         5237508   Distribution Level
Doc ID:    0001W3QR   Page      2

# MEDIATION INVOICE STATEMENT

October 26, 2017

Kelly E. Eisenlohr-Moul, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street NE, Suite 2900
Atlanta, GA 30309

Attorney for Defendants

| Date | Services Rendered | Amount |
|---|---|---|
| 10/18/17 | Mediation Settlement Conference in *Raynor v. G4S Secure Solutions* (WDNC) 9.0 hrs @ $310 per hour (6.6 hrs mediation; 1.0 hr administrative fee; 1.4 hrs one-way travel) | $ 2,790.00 |
| | Mileage: 159 miles @ .555 per mile | $ 85.07 |
| | Parking: | $ 21.00 |
| | Total | $ 2,896.07 |
| | Adj. (-.01) | $ 2,896.06 |
| | Your ½ fee | $ 1,448.03 |

*Invoice is due and payable upon receipt.*

*Please make check payable to "Constangy, Brooks, Smith & Prophete LLP" (Federal Tax ID: 58-0616335) and reference the above-mentioned mediated settlement conference.*

*Please mail payment with a copy of this invoice to:*

Kenneth P. Carlson, Jr.
Constangy, Brooks, Smith & Prophete LLP
100 N. Cherry St., Suite 300
Winston-Salem, NC 27101
(336) 721-6843; kcarlson@constangy.com

Thank you!

4881150v.1

37389-111
G4S Secure Solutions (USA) Inc - AFA
Raynor, E. Ray
Date: 11/06/17
WIP Seq#: 562,776,990
Check#: 15076
Amount: 10.50

Vendor: 96720 Constangy, Brooks, Smith & Prophete, LLP
Voucher: 2195349 Distribution 5237510 Distribution Level
Doc ID: 0001W3QR Page 1

## Lewis Brisbois Bisgaard & Smith LLP

Kenneth P. Carlson, Jr.

**Cost Advance Ticket**
**Check Request**

# ATL-108234

1. Check — Date Needed:
2. Type of Expense:

**Finance Committee approval required**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Filing Fee | 5 | ☐ | Court Reporter Fee | | | CR |
| ☐ | Witness Fee | 7 | ☒ | Mediation / Arbitration Fee* | | | AM |
| ☐ | Prof. Consulting / Service Fee | 8 | ☐ | COD Transcription (invoice Needed)** | | | G |
| ☐ | Expert Witness Fee** | | ☐ | Reproduction / Copies | | | R |
| ☐ | Jury Fees | JF | ☐ | Reproduction / Medical Records | | | RR |
| ☐ | Deposition | H | | | | | |

Any client-related requests over $500.00 require Lane Ashley's approval. All educational expenses/seminars require Karl Loureiro's approval.

3. Client and File Name: G4S Secure Solutions (USA) Inc./E. Ray Raynor
4. Client and Matter No.: 37389.111
5. Amount: $1,448.03
6. Payee / Vendor: Kenneth P. Carlson, Jr.
7. Mailing Address: Constangy, Brooks, Smith & Prophete LLP
   100 N. Cherry St. Suite 300
   Winston-Salem, NC 27101
8. Payee's Telephone No.: 336-721-6843
9. Payee's Tax I.D. No.: 58-0616335
10. Explanation for billing purposes: Mediation Invoice for services rendered

Attorney: Terry Finnerty Ext: 1269
Secretary: Terry Hinds Ext: 2188

Auth by: _____ Date _1/2/11_
                Signature

Return to: Terry Hinds
Floor: 2188

Mediation: $1395.00
Labos 1/2 share of Mileage: $ 42.63
$ 2.83% of Parking: $ 10.50
                        $1448.03

**Remember to have Attorney Sign and Attach all Supporting Backup**

37389-111
G4S Secure Solutions (USA) Inc - AFA
Raynor, E. Ray
Date: 11/03/17
WIP Seq#: 562,607,740
Check#: 201658
Amount: 2,762.50

Vendor:   98581  Boyd Forensic Psychology Services, LLC
Voucher:  2194233  Distribution   5234762  Distribution Level
Doc ID:  0001W7YA  Page  2

**Boyd Forensic Psychology Services LLC**
P.O. Box 3467
Merrifield VA 22116-3467

**BOYD**

Lewis Babcock
Terry Hicks
1180 Peachtree Street NE
Suite 2900
Atlanta GA 30309

| Invoice # | RAYR01602b |
|---|---|
| Invoice Date | October 3, 2017 |
| Balance Due (USD) | $2,782.50 |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| Record Review | [Raynor/G4S Secure Solutions 08/21/17] | 350.00 | 2 | 700.00 |
| Atty Consultation | [Raynor/G4S Secure Solutions 08/21/17] | 350.00 | 0.25 | 87.50 |
| Collateral Interview | [Raynor/G4S Secure Solutions 09/05/17] Tifare (Gurdy) | 350.00 | 1 | 350.00 |
| Collateral Interview | [Raynor/G4S Secure Solutions 09/06/17] Michael Hall | 350.00 | 0.75 | 262.50 |
| Record Review | [Raynor/G4S Secure Solutions 09/06/17] Malcolm B disto | 300.00 | 1.5 | 450.00 |
| Record Review | [Raynor/G4S Secure Solutions 09/11/17] Raynor deposition | 300.00 | 2 | 600.00 |
| Record Review | [Raynor/G4S Secure Solutions 09/12/17] MB exhibits | 300.00 | 0.25 | 75.00 |
| Record Review | [Raynor/G4S Secure Solutions 09/18/17] Tifare G deposition | 300.00 | 1 | 300.00 |
| Record Review | [Raynor/G4S Secure Solutions 09/18/17] | 300.00 | 1.25 | 375.00 |
| Collateral Interview | [Raynor/G4S Secure Solutions 09/19/17] Dallas Clark | 300.00 | 0.5 | 150.00 |
| Collateral Interview | [Raynor/G4S Secure Solutions 09/25/17] Vincent Gregory | 300.00 | 0.5 | 150.00 |
| Collateral Interview | [Raynor/G4S Secure Solutions 09/26/17] Follow ups with Grady, Neil, and Clark | 300.00 | 0.5 | 150.00 |
| Report Writing | [Raynor/G4S Secure Solutions 09/29/17] | 300.00 | 8 | 2,400.00 |
| Report Writing | [Raynor/G4S Secure Solutions 09/03/17] | 300.00 | 1 | 300.00 |
| Record Review | [Raynor/G4S Secure Solutions 09/25/17] | 300.00 | 5 | 1,500.00 |
| Atty Consultation | [Raynor/G4S Secure Solutions 09/27/17] | 300.00 | 0.5 | 150.00 |
| Atty Consultation | [Raynor/G4S Secure Solutions 09/01/17] | 350.00 | 0.5 | 175.00 |
| Atty Consultation | [Raynor/G4S Secure Solutions 09/09/17] | 350.00 | 0.25 | 87.50 |

| | | |
|---|---|---|
| Total | | 8,242.50 |
| Amount Paid | | -5,500.00 |
| Balance Due (USD) | | $2,782.50 |

**Notes:**
Case: E. Ray Raynor v. G4S Secure Solutions et al.
Case no. 3:17-CV-00160
Attorney: Kelly Eisenlohr-Moul

## Lewis Brisbois Bisgaard & Smith LLP

**Cost Advance Ticket**
**Check Request**

# ATL-107895

1. Check — Date Needed: 8-31-17
2. Type of Expense:

**\*\*Finance Committee approval required\*\***

| | Type of Expense | | | Type of Expense | |
|---|---|---|---|---|---|
| ☐ | Filing Fee | 5 | ☐ | Court Reporter Fee | CR |
| ☐ | Witness Fee | 7 | ☐ | Mediation / Arbitration Fee\*\* | AM |
| ☒ | Prof. Consulting / Service Fee | S | ☐ | COD Transcription (Invoice Needed)\*\* | G |
| ☐ | Expert Witness Fee\*\* | J | ☐ | Reproduction / Copies | R |
| ☐ | Jury Fees | JF | ☒ | Reproduction / Medical Records | RR |
| ☐ | Deposition | H | | | |

*Any client-related requests over $500.00 require Lane Ashley's approval. All educational expenses/seminars require Karl Loureiro's approval.*

3. Client and File Name: G4S Secure Solutions (USA) Inc./Ray Raynor
4. Client and Matter No.: 37389.111
5. Amount: $5,500.00
6. Payee / Vendor: Boyd Forensic Psychology Services
7. Mailing Address: P.O. Box 3667
   Merifield, VA 22116-3667
8. Payee's Telephone No.: 571-317-0979
9. Payee's Tax I.D. No.: 81-2847974
10. Explanation for billing purposes: For professional forensic evaluation and consultation services

Attorney: Kelly Eisenlohr-Moul    Ext: 1269
Secretary: Terry Hinds             Ext: 2168

Auth. by: *Kelly Eisenlohr-Moul* Date 8/31/17.
          Signature

Return to: Terry Hinds
Floor: 2168

*Pouch to Atlanta*

Remember to have Attorney Sign and Attach all Supporting Backup

---

37389-111
**G4S Secure Solutions (USA) Inc - AFA**
Raynor, E. Ray
Date: 8/31/17
WIP Seq#: 553,242,650
Check#: 196121
Amount: 5,500.00

Vendor: 98581 Boyd Forensic Psychology Services, LLC
Voucher: 2170026 Distribution          5163695 Distribution Level
Doc ID: 0001URPL Page       1

# ALBRECHT ECONOMICS, INC.

### GARY R. ALBRECHT, PH.D.

October 11, 2017

Kelly Eisenlohr-Moul, Esq.
Lewis et al.
1180 Peachtree Street, Suite 2900
Atlanta, Georgia 30309

**RE: Bill for the Deposition in K. Ray Raynor v. G4S Secure Solutions (USA) Inc. et al.**

Time on October 2, 2017 involved in responding to Notice of Deposition, Case No. 3:17-CV-00160, 7:45 a.m. to 1:50 p.m. Total time is 6.08 hours.

Amount due at $500 for each of the first two hours and $350 per hour for subsequent 4.08 hours is $2,428.

**Amount of total bill - $2,428**

**Please remit to Albrecht Economics, Inc. Tax I.D. 56-1970398.**

Mailing Address: 1812 George Ave., Winston-Salem, NC 27106
Telephone: 336-727-9463
E-Mail: Albrecht@AlbrechtEconomics.com
Website: AlbrechtEconomics.com

---

37389-111
G4S Secure Solutions (USA) Inc - AFA
Raynor, E. Ray
Date:          10/20/17
WIP Seq#:   559,710,460
Check#:       14995
Amount:       2,428.00

Vendor:     100516   Albrecht Economics, Inc.
Voucher:    2189067  Distribution              5217929   Distribution Level
Doc ID:     0001VWU8  Page          2

 **Grant**Thornton

Grant Thornton LLP
Suite 1200
1100 Peachtree Street
Atlanta, GA 30309

T 404.330.2000
F 404.330.2047
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*   Lewis Brisbois Bisgaard & Smith, LLP
Attn: Ms. Kelly Eisenlohr-Moul, Esq.
1180 Peachtree Street NE, Suite 2900
Atlanta, GA 30309

*Date:*   September 27, 2017

**Bill Number**: 953238764          **Client-Assignment Code:** 0178474-00005

Professional services rendered in connection with E. Ray Raynor v. G4S Secure
Solutions (USA), Inc., et al. from project inception to September 21, 2017.
Please see attached detail.                                                                    $     45,339.00

**Total Amount of Bill:**                                                                  $     **45,339.00**

*Terms:*   As agreed upon
Federal ID No. 36-6055558


**Grant Thornton**
An instinct for growth

| | | | | | |
|---|---|---|---|---|---|
| **Client Name:** | Lewis Brisbois Bisgaard & Smith, LLP | | | | |
| **Engagement:** | E. Ray Raynor v. G4S Secure Solutions (USA), Inc., et al. | | | | |
| **Bill Date Range:** | Project Inception - September 21, 2017 | | | | |

| | Hours | @ Rate | | Total | |
|---|---|---|---|---|---|
| **Professional Fees:** | | | | | |
| Partner/Principal/Managing Director | 12.4 | $ | 460 | $ | 5,704.00 |
| Senior Manager/Director | 68.0 | $ | 385 | $ | 26,180.00 |
| Associate | 69.0 | $ | 195 | $ | 13,455.00 |
| **Total Professional Fees** | **149.4** | | | **$** | **45,339.00** |

*Privileged & Confidential*
*Attorney Work Product*


**Grant Thornton**

Grant Thornton LLP
Suite 1200
1100 Peachtree Street
Atlanta, GA 30309

T 404.330.2000
F 404.330.2047
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

Lewis Brisbois Bisgaard & Smith, LLP
Attn: Ms. Kelly Eisenlohr-Moul, Esq.
1180 Peachtree Street NE, Suite 2900
Atlanta, GA 30309

*Date:*   September 27, 2017

# Remittance Copy

**Bill Number:** 953238764          **Client Code:** 0178474

**Assignment Code:** 00005          **LOB:** 220

                    **Bill Amount:**                    $45,339.00

## TO ENSURE TIMELY PROCESSING
## PLEASE REMIT PAYMENT TO:

> Grant Thornton LLP
> **33562 Treasury Center**
> **Chicago, IL 60694-3500**

Optional Wire/ACH Transfer Instructions:

| | |
|---|---|
| **Bank Name:** | **Harris N.A.** |
| **ABA#:** | **071 000 288** |
| **Swift Code:** | **HATRUS44** |
| **Account#:** | **2750602** |
| **Bank Address:** | **111 West Monroe Street, Chicago, IL 60603** |
| **Beneficiary:** | **Grant Thornton LLP** |
| **Reference:** | **Bill Number:** 953238764 |
| **(Mandatory)** | **Client Number:** 0178474 |

**When making an ACH payment, kindly send remittance detail via email to: Cash@us.gt.com**